UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**TAVIA WAGNER,**

      **Plaintiff,**

v.                                       Case No.  6:23-cv-1219-CEM-RMN

**PAERES INVESTMENTS SERVICES INC. and OH QUE BUENO FOODS INC.,**

      **Defendants.**

                                /

**ORDER**

THIS CAUSE is before the Court upon *sua sponte* review. Plaintiff filed the Complaint (Doc. 1) in this case on June 30, 2023. (*Id.* at 12). Plaintiff effectuated service on both Defendants on July 7, 2023. (Return of Service, Doc. 13, at 1; Return of Service, Doc. 14, at 1). Neither Defendant appeared. Plaintiff then obtained default against both Defendants on September 29, 2023. (Entry of Default, Doc. 18, at 1; Entry of Default, Doc. 19, at 1).

Local Rule 1.10(c) requires that "[w]ithin thirty-five days after entry of a default, the party entitled to a default judgment must apply for the default judgment or must file a paper identifying each unresolved issue—such as the liability of another defendant—necessary to entry of the default judgment." Rule 1.10(d) further provides that "[f]ailure to comply with [this] deadline . . . can result in dismissal of

the . . . action without notice and without prejudice." Plaintiff was also warned that "[f]ailure to comply with ANY Local Rules or Court Orders may result in the imposition of sanctions including, but not limited to, the dismissal of this action." (Notice to Counsel and Parties, Doc. 6). Plaintiff has failed to file for default judgment, and the deadline to do so has passed.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. This case is **DISMISSED without prejudice**.
2. Any motion for reconsideration must be filed within fourteen days of this Order, comply with all Local Rules, and include the following:
   a. a certification that lead counsel for Plaintiff has personally read Local Rule 1.10;
   b. an explanation for why the deadline was missed; and
   c. as a separate docket entry, a contemporaneously-filed motion for default judgment.
3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on November 14, 2023.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record